[Civil No. 3155.   Filed November 16, 1932.]

[15 Pac. (2d) 960.]

JAMES B. BUTTON, Superintendent of Banks of Arizona and *Ex-officio* Receiver of the CITIZENS STATE BANK, a Banking Corporation, Appellant, v. E. S. WAKELIN, Appellee.

Mr. R. G. Langmade, for Appellant.

Mr. L. M. Laney, for Appellee.

PER CURIAM.—This is an appeal from an order *pendente lite* restraining the defendant from removing or disposing of certain machinery and equipment, the subject matter of the litigation. We have just decided in cause No. 3194 (*ante,* p. 84, 15 Pac. (2d) 956) all the questions here raised.

This appeal is dismissed.